UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DALE EDWARD BUSH,

        Petitioner,            Case No. 2:19-cv-259

v.                           Honorable Paul L. Maloney

CONNIE HORTON,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated: January 30, 2020               /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge