UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DALE EDWARD BUSH,

        Petitioner,           Case No. 2:19-cv-259

v.                                   Honorable Paul L. Maloney

CONNIE HORTON,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated: January 30, 2020                          /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge